UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILLY WAYNE CIGGS, JR., | ) | EDCV 06-1133 SVW (JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| THOMAS FELKER, Warden, | ) | |
| Respondent. | ) | |

    Pursuant to the Court's Order Adopting-in-Part the Findings, Conclusions, and Recommendations of United States Magistrate Judge, and Granting the Petition for Writ of Habeas Corpus,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED and DISMISSED with respect to all of Petitioner's claims except for the claim regarding sentencing error on Count 2, which is GRANTED. Judgment is hereby entered in favor of Petitioner with respect to Count 2.

1    IT IS THEREFORE ORDERED that the Superior Court of Riverside County shall resentence Petitioner on Count 2 in a manner consistent with the Court's Order Adopting-in-Part the Findings, Conclusions, and Recommendations of United States Magistrate Judge, and Granting the Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

DATED:   August 10, 2010

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2